UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
             :
DEALFLOW MEDIA, INC.,             12 Civ. 8983 (WHP)
             :
       Plaintiff,             ORDER
             :
    -against-
             :
BRETT GOETSCHIUS, *et ano.*,
             :
       Defendants.
             :
--------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/12

WILLIAM H. PAULEY III, District Judge:

        Plaintiff is ordered to show cause why this action should not be transferred to the United States District Court for the Eastern District of New York. Plaintiff is directed to submit a letter memorandum of law to the Court addressing this issue by December 28, 2012.

Dated: December 20, 2012
       New York, New York

                          SO ORDERED:

                          _____
                          WILLIAM H. PAULEY III
                          U.S.D.J.

*Counsel of Record:*

Arthur M. Dresner, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036
*Counsel for Plaintiff*