UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
DEALFLOW MEDIA, INC.,

        Plaintiff(s),

    -against-

BRETT GOETSCHIUS and MARKETNEXUS
MEDIA, INC.,

        Defendant(s).
------------------------------------------------X

Index No. 12 CV 8983

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA)
                      S.S.:
COUNTY OF SONOMA )

        JACOB TIMBERLAKE, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 12th day of December, 2012, at approximately 2:53 PM, deponent served a true copy of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Judge William H. Pauley III and Electronic Case Filing Rules & Instructions upon BRET GOETSHIUS at 2103 Wetherby Way, Petaluma, California, by personally delivering and leaving the same with Brett Goetshius at that address. At the time of service, deponent asked Brett Goetshius whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever and received a negative reply.

        Brett Goetshius is a white male, approximately 50 years of age, stands approximately 5 feet 6 inches tall, and weighs approximately 170 pounds with balding gray hair.

JACOB TIMBERLAKE

Subscribed and sworn to before me this 19th day
of December, 2012 by Jacob Timberlake, proved to
me on the bases of satisfactory evidence to be the
person who appeared before me.

NOTARY PUBLIC

GIL ALCAZAR
Commission # 1961498
Notary Public - California
Sonoma County
My Comm. Expires Dec 20, 2015