UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
DEALFLOW MEDIA, INC.,

    Plaintiff(s),

-against-

BRETT GOETSCHIUS and MARKETNEXUS MEDIA, INC.,

    Defendant(s).
---------------------------------------X

Index No. 12 CV 8983

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA )
                          S.S.:
COUNTY OF SONOMA )

JACOB TIMBERLAKE, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

That on the 12th day of December, 2012, at approximately 2:53 PM, deponent served a true copy of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Judge William H. Pauley III and Electronic Case Filing Rules & Instructions upon MARKETNEXUS MEDIA, INC. at 2103 Wetherby Way, Petaluma, California, by personally delivering and leaving the same with Brett Goetshius, who informed deponent that he is an officer authorized by law to receive service at that address.

Brett Goetshius is a white male, approximately 50 years of age, stands approximately 5 feet 6 inches tall, and weighs approximately 170 pounds with balding gray hair.

_____
JACOB TIMBERLAKE

Subscribed and sworn to before me this 19th day of December, 2012 by Jacob Timberlake, proved to me on the bases of satisfactory evidence to be the person who appeared before me.

_____
NOTARY PUBLIC

GIL ALCAZAR
Commission # 1961498
Notary Public - California
Sonoma County
My Comm. Expires Dec 20, 2015

Metro Attorney Service Inc. 305 Broadway 9th Floor New York New York 10007 212.822.1421 NYC DCA# 1320502