UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
DEALFLOW MEDIA, INC.,                    :      12 Civ. 8983 (WHP)
                                         :
                Plaintiff,               :      ORDER
                                         :
        -against-                        :
                                         :
BRETT GOETSCHIUS, *et ano.*,             :
                                         :
                Defendants.              :
                                         :
----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/13

WILLIAM H. PAULEY III, District Judge:

By Order dated December 20, 2012, this Court directed Plaintiff to submit a letter memorandum of law by December 28, 2012 showing cause why this action should not be transferred to the United States District Court for the Eastern District of New York. Plaintiff, a corporation with its principal place of business in Woodbury, New York, failed to submit a letter memorandum. Accordingly, this action is hereby transferred to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1404(a). The Clerk of the Court is directed to effectuate the transfer and mark this case closed.

Dated: January 8, 2013
       New York, New York

                                        SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

*Counsel of Record:*

Arthur M. Dresner, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036
*Counsel for Plaintiff*