UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

Dealflow Media, Inc.,                 Case No. 12-cv-08983
                        Plaintiff,

         -against-
Brett Goetschius and
Marketnexus Media, Inc.     Defendant.
-----------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Arthur Martin Dresner**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AD 7215   My State Bar Number is 1451954

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Reed Smith, LLP (PA)
            FIRM ADDRESS: 2500 One Liberty Place, 1650 Market Street, Philadel
            FIRM TELEPHONE NUMBER: (212) 521-5404
            FIRM FAX NUMBER: (212) 521-5450

NEW FIRM:   FIRM NAME: Duane Morris LLP
            FIRM ADDRESS: 1540 Broadway, New York, NY 10036
            FIRM TELEPHONE NUMBER: 212-692-1000
            FIRM FAX NUMBER: 212-692-1020

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
    was entered on _____ by Judge_____.

Dated: 1/14/2014                      /s/ Arthur Martin Dresner
                                      ATTORNEY'S SIGNATURE