**MEMO ENDORSED**

**DuaneMorris**

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

ARTHUR DRESNER
DIRECT DIAL: 212 692 1014
PERSONAL FAX: 212.202.4904
E-MAIL: amdresner@duanemorris.com

www.duanemorris.com



RECEIVED
JAN 1 4 2013
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/13

January 14, 2013

Judge William H. Pauley, III
United States District Court
Southern District of New York,
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   **DEALFLOW MEDIA, INC. vs. BRETT GOETSCHIUS and MARKETNEXUS MEDIA, INC., 12-cv-8983**

Dear Judge Pauley:

The undersigned attorney of record in this matter has learned of your Order entered on January 9, 2013 for the very first time this afternoon.

The undersigned did not receive notice of your Honor's Order of December 20, 2012 until this afternoon because there was an apparent error by the Court's docketing clerk listing the undersigned as affiliated with the law firm of Reed Smith LLP in Philadelphia with an inaccurate email address. The undersigned attorney is in fact affiliated with the firm of Duane Morris LLP at 1540 Broadway, New York, NY 10036 (amdresner@duanemorris.com), and has been so affiliated since 2007.

Accordingly, the undersigned hereby respectfully requests that this Court rescind its Order entered on January 9, 2013 to the effect that this case be transferred to the Eastern District of New York and issue a new Order allowing Plaintiff to comply with your Order of December 20, 2012 to submit its memorandum of law by January 21, 2013, one week from today.

Thank you,

Respectfully submitted,

Arthur Dresner

*Application denied. "It remains the duty of the [attorney for a party] to regularly review the docket sheet of the case." SDNY ECF Rule 9.1.*

AMD:jlw

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                    PHONE: +1 212 692 1000   FAX: +1 212 692 1020

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.   1/16/13